**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1448**

———————

GEORGE C. MCCOY,

                                    Plaintiff - Appellant,

        versus

LOUIS CALDERA, Secretary of the Department of
the Army,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph R. McCrorey, Magistrate Judge.
(CA-99-843-17BC-3)

———————

Submitted:  July 27, 2000          Decided:  August 2, 2000

———————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George C. McCoy, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George C. McCoy appeals from the magistrate judge's order[*] granting the Defendant's motion to dismiss his complaint alleging employment discrimination.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See McCoy v. Caldera, No. CA-99-843-17BC-3 (D.S.C. Mar. 17, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to have the case tried by a magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

2